No. 256. E. E. GOODNO *v.* SOUTH FLORIDA FARMS COMPANY. Error to the Supreme Court of the State of Florida. Motion to dismiss submitted December 3, 1923. Decided January 7, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana,* 226

U. S. 99, 101; *Coe* v. *Armour Fertilizer Works*, 237. U. S. 413, 418, 419; *Grays Harbor Co.* v. *Coats-Fordney Co.*, 243 U. S. 251, 255; *Bruce* v. *Tobin*, 245 U. S. 18, 19. *Mr. Daniel Thew Wright, Mr. W. Russell Osborne* and *Mr. Philip Ershler,* for defendant in error, in support of the motion. *Mr. Benjamin Micou,* for plaintiff in error, in opposition to the motion.